Christopher J. Volkmer
State Bar No. 20607800
Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573- 7306
Email: msebesta@chfirm.com

Special Counsel for Daniel J. "Corky" Sherman, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | Case No. 19-33084-sgj7 |
| SAFEBUY, LLC, | § | |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |
| DANIEL J. ("CORKY") SHERMAN, CHAPTER 7 TRUSTEE, | § | |
| | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 20- 03022-sgj |
| BEN K. BARRON; SAFEBUY PROPERTIES, LLC.; GLAZER BUSINESS INVESTMENT CO., LTD.; VALRIE FARMER; THOMAS B. KELLY; KIMBERLY M. KELLY; CLAUDE P. LEMIEUX; and LEMIEUX HOLDINGS LLC d/b/a LEMIEUX HOLDINGS COMPANY, LLC, jointly and severally, | § § § § § § § § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

## STIPULATION OF CERTAIN MATTERS, INCLUDING DISMISSAL OF GLAZER BUSINESS INVESTMENT COMPANY, LTD., VALRIE FARMER, THOMAS B. KELLY, KIMBERLY M. KELLY, CLAUDE P. LEMIEUX, AND LEMIEUX HOLDINGS LLC D/B/A LEMIEUX HOLDINGS COMPANY, LLC

COMES NOW, Daniel J. "Corky" Sherman, duly appointed Chapter 7 Trustee (the

"Trustee" or "Plaintiff") for the bankruptcy estate of SafeBuy, LLC (the "Debtor" or "SafeBuy,

LLC"), in the above-referenced Chapter 7 Bankruptcy Case and Plaintiff in this adversary

proceeding (the "Adversary Proceeding"), together with Ben K. Barron, a defendant herein

("Barron"), and defendants Glazer Business Investment Company, Ltd., Valrie Farmer, Thomas

B. Kelly, Kimberly M. Kelly, Claude P. Lemieux and Lemieux Holdings LLC d/b/a Lemieux

Holdings Company, LLC (collectively, the "Defendants"),[1] and makes and files this *Stipulation*

*of Certain Matters, Including Dismissal of [such Defendants]*.   The Trustee and Defendants

(collectively, the "Parties"), together with Barron, stipulate as follows:

1.      Each of the Defendants has no ownership rights to or an interest in the

$475,000.00 in funds (the "Funds") [2] at issue in this Adversary Proceeding.   Nothing in this

Stipulation will affect each such Defendant's rights (a) to participate as a general unsecured

creditor of the Debtor, or (b) to assert claims as an unsecured creditor of Safebuy Properties,

LLC ("Properties"), other than making a claim with respect to the Funds.

2.      No findings of fact, conclusions of law or (unless otherwise ordered by the Court)

orders made at any time in this Adversary shall be construed against any of the Defendants

except for the following:

    a.   The Funds are property of the Debtor;

    b.   The Debtor's estate has an interest in the Funds;

    c.   Barron  and/or Properties are ordered to turnover and pay the Funds to the
       Trustee pursuant to 11 U.S.C. §§542 and/or 543;

    d.   Any interest that Properties and/or Barron have in the Funds is avoided
       pursuant to 11 U.S.C. §§547, 548 and/or 11 U.S.C. §544(b) and §24.006 of
       the Texas Business and Commerce Code; however, any findings of fact,
       conclusions of law or (unless otherwise ordered by the Court) orders
       regarding the solvency of Properties shall not be construed against any of the

---

[1] For sake of clarity, Barron is not included in the Defendants as defined herein.   Barron is a participant in this stipulation because he filed an answer herein, and thus appears to be a required signor under applicable rules.

[2] All references to the Funds shall include all the Funds or any portion thereof.

**Stipulation of Certain Matters and Dismissal of Certain Defendants**                    **Page 2 of 4**

Defendants;

e. Any interest that Properties has in the Funds is avoided pursuant to 11 U.S.C. §§544(a) and the Funds are ordered turned over to the Trustee pursuant to Tex. Civ. Prac. & Rem. Code 31.002;

f. Prior state court injunction(s) and order(s) relative to the Funds are dissolved or avoided; and

g. The Trustee is awarded recovery of the Funds or the amount of the Funds, interest, costs of court and/or attorneys' fees from Barron and/or Properties;

3. Each and all of the Defendants are dismissed from this Adversary with prejudice; and

4. Nothing herein shall be construed to prevent the Parties from, in other or subsequent adversary proceedings, asserting facts, arguments, claims and/or defenses that are excluded from being asserted in this Adversary (under that certain Order Abating Adversary Proceeding [ECF 36 in Adversary No. 19-03241],) or were not asserted in this Adversary and are not addressed by this stipulation, including but not limited to, alter ego, piercing and similar theories, and claims that are presently abated in the adversary proceeding styled as Glazer Business Investment Co., Ltd. *et al.*, v. SafeBuy, LLC, *et al.*, Adv. No. 19-03241.

STIPULATED AND AGREED:

/s/ Michael S. Held
(with permission by Michael Sebesta)
Michael S. Held
State Bar No. 09388150
Email: mheld@jw.com
James Carlos McFall
State Bar No. 24083479
Email: jmcfall@jw.com
Phone: (214) 953-6000
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Main Telephone
(214) 661-6647 – Main Facsimile

Attorneys for Defendants Glazer
Business Investment Co., Ltd. and
Valerie Farmer

/s/ Michael W. Sebesta
Christopher J. Volkmer
State Bar No. 20607800
Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573- 7306
Email: msebesta@chfirm.com

Special Counsel for Daniel J. "Corky"
Sherman, Trustee

/s/ Patrick J. Coffin
(with permission by Michael Sebesta)
Patrick J. Coffin
State Bar No. 24027938
Elliott, Thomason & Gibson, LLP
511 N. Akard Street, Stuite 301
Dallas, Texas 75201
(214) 377-4848
Email:  patrick@etglawfirm.com

Attorneys for Defendants Thomas B. Kelly,
Kimberly M. Kelly, Claude P. Lemieux and
Lemieux Holdings LLC d/b/a Lemieux
Holdings Company, LLC

/s/ Ben K. Barron
(with permission by Michael Sebesta)
Ben K. Barron
4516 Lovers Lane, Suite 280
Dallas, TX 75225
(214) 676-1155
bbarron@barronlawfirm.com

*Pro se* Defendant